

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00439-CV

**SAYERS INVESTMENTS, LP.**, Rachel Shirley Rachelle, Shea Management Co., L.C., and
William Earl McDonald,
Appellants

v.

Joseph E. **MINIHAN** a/k/a Joe E. Minihan, Sharon Joy Minihan, 1150 Partners, Ltd., SCAP of
TEXAS Inc., James C. Woo and Davidson Troilo Ream & Garza,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000184
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 28, 2016.

_____
Rebeca C. Martinez, Justice